IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRESIDIO, INC., PRESIDIO HOLDINGS INC., AND PRESIDIO NETWORKED SOLUTIONS LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>GREGORY SEMLER, CANDACE DAVIS, AND RIGHT! SYSTEMS, INC.,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No.  20-cv-00965-LPS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' MOTION FOR CONFIDENTIAL TREATMENT
OF THE VERIFIED COMPLAINT AND EXHIBITS**

Plaintiffs Presidio, Inc., Presidio Holdings Inc., and Presidio Networked Solutions LLC (collectively, "Presidio"), by and through their attorneys, and pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Rule 5.1.3 of the Local Rules for the District of Delaware, hereby move for the entry of an Order permitting the filing of the following documents under seal: **Presidio's Complaint and Exhibits**, submitted contemporaneously herewith.

In support of this motion, Presidio states as follows:

1.       Presidio filed a Verified Complaint in the Delaware Court of Chancery UNDER SEAL on July 1, 2020.  (File & ServeXpress Trans. ID 65737592).  On July 7, 2020, as required by Court of Chancery Rule 5.1, Presidio filed a redacted publicly available Court of Chancery Verified Complaint. (Trans. ID 65748968). On July 20, 2020, Defendants removed the Delaware Court of Chancery action to this Court.  (D.I. 1).  At that time, Defendants provided this Court with only the redacted publicly available version of the Verified Complaint but not the unredacted complete Verified Complaint and Exhibits.  (D.I. 1).

2. Presidio contemporaneously submits herewith its Verified Complaint and Exhibits, UNDER SEAL, with respect to the lawsuit against Gregory Semler, Candace Davis and Right! Systems, Inc (the "Defendants") for: breach of contract, tortious interference, and unfair competition. The causes of action stem from Semler, Davis and RSI, working together to actively solicit certain of Presidio's customer and supplier accounts that Semler and Davis managed during their employment by Presidio, in violation of the restrictive covenants in their employment agreements with Presidio, which are governed by Delaware law. Defendants are using Presidio's confidential information in their solicitation efforts, in further violation of their respective agreements with Presidio. Presidio will suffer irreparable harm if this conduct continues.

3. The Complaint recites, describes, and attaches as Exhibits, facts that consist of highly confidential information concerning Presidio's customer and supplier accounts, as well as the contractual agreements between Presidio and Defendants.

4. Presidio respectfully requests leave to file under seal its Verified Complaint and Exhibits UNDER SEAL in order to protect the highly confidential and sensitive business information referenced in and attached to the Verified Complaint, and to maintain consistent treatment of the highly confidential information included in the Verified Complaint and Exhibits.

5. Courts may "seal judicial records 'where they are sources of business information that might harm a litigant's competitive standing.'" *In re Avandia Mktg., Sales Practices and Prod. Liab. Litig.,* 924 F.3d 662, 679 (3d Cir. 2019) (quoting *Republic of the Philippines v. Westinghouse Elec. Corp.,* 949 F.2d 662 (3d Cir. 1991) (internal quotation marks omitted)). The moving party must show "that the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *Id.* at 672.

6. Presidio will file redacted public versions of the Verified Complaint and Exhibits no later than seven (7) days after the entry of the Order allowing the filings under seal. Presidio will

limit proposed redactions to highly confidential information, disclosure of which will work a "defined and serious injury" to Presidio. *Avandia,* 924 F.3d at 672.

7. Presidio states that it will comply with the rules of this Court regarding preserving the confidentiality of the sealed information.

8. Presidio sought the consent of Defendants for the relief sought in this Motion, specifically by conferring on July 27, 2020 with counsel for Defendants. Defendants consented to the relief sought in this motion.

WHEREFORE, in view of the foregoing, Presidio respectfully requests that the Court grant this motion for confidential treatment.

    /s/ Kelly A. Green
Laurence V. Cronin (# 2385)
Kelly A. Green (#4095)
SMITH, KATZENSTEIN JENKINS LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, Delaware 19899
(courier 19801)
(302) 652-8400
LVC@skjlaw.com
KAG@skjlaw.com

*Attorneys for Presidio, Inc.,
Presidio Holdings Inc.
and Presidio Networked Solutions LLC*

Dated: August 5, 2020