IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRESIDIO, INC., PRESIDIO HOLDINGS INC., AND PRESIDIO NETWORKED SOLUTIONS LLC,<br><br>                      Plaintiffs,<br><br>       vs.<br><br>GREGORY SEMLER, CANDACE DAVIS, AND RIGHT! SYSTEMS, INC.<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:20-cv-00965-LPS-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND [PROPOSED] ORDER GRANTING INJUNCTION**

IT IS HEREBY STIPULATED AND AGREED between Presidio, Inc., Presidio Holdings Inc., and Presidio Networked Solutions LLC (collectively, "Presidio") and Gregory Semler ("Semler") and Candace Davis ("Davis") (Semler and Davis together, the "Individual Parties"), that:

1. The Individual Parties agree that the agreed-upon restrictions in this Stipulated Injunction and, in particular, in this Section 1, will apply (i) to Semler during Semler's employment with Right! Systems, Inc. ("RSI") through and including August 7, 2021 and (ii) to Davis for a period of thirty (30) days from the Effective Date of the that certain Settlement Agreement, between the Parties, dated November 11, 2020 (the "Settlement Agreement") (the time periods identified in (i) and (ii), the "Restricted Periods").

2. For their respective Restricted Periods, the Individual Parties shall not directly or indirectly:

    (a) solicit, divert, take away, or attempt to solicit, divert or take away, any customer

      or supplier identified in Schedules A-1 (as applicable to Semler) and Schedule A-2 (as applicable to Davis) to the Settlement Agreement, provided that the limitations on any Restricted Supplier shall be subject to the limitations in paragraph 3 below. (The customers and suppliers identified in Schedule A to the Settlement Agreement, are collectively referred to as the "Restricted Customers and Suppliers", and, individually, each a "Restricted Customer" or "Restricted Supplier");

(b) induce or attempt to induce any Restricted Customer or Restricted Supplier identified in Schedules A-1 (as applicable to Semler) and Schedule A-2 (as applicable to Davis) to the Settlement Agreement to reduce its patronage of Presidio or to terminate any written or oral agreement or understanding or other relationship with Presidio or any direct or indirect parent, sister company, or subsidiary of Presidio (together with Presidio, the "Presidio Entities"), provided that the limitations on any Restricted Supplier shall be subject to the limitations in paragraph 3 below; and

(c) employ, retain or engage (as an employee, consultant, or independent contractor), or induce or attempt to induce to be employed, retained or engaged, or otherwise induce or attempt to induce to leave the employ of the Presidio Entities, any person who is or was within twelve (12) months preceding the Individual Parties' Departure Dates, an employee, consultant or independent contractor of the Presidio Entities.

3.     The restrictions related to Restricted Suppliers in paragraph 2(a)-(b) of this Order shall not apply any communications or business activities that are (i) related to customers other

than those listed on Schedule A-1 (as applicable to Semler) and Schedule A-2 (as applicable to Davis), or (ii) not related to any customer.

4. Presidio's Motion for a Preliminary Injunction, filed on June 30, 2020, is resolved.

| SMITH, KATZENSTEIN & JENKINS LLP | KLEHR HARRISON HARVEY BRANZBURG LLP |
|---|---|
| /s/ Kelly A. Green<br>Laurence V. Cronin (No. 2385)<br>Kelly A. Green (No. 4095)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>LVC@skjlaw.com<br>KAG@skjlaw.com<br><br>*Attorneys for Plaintiffs*<br><br>DATED: December 11, 2020 | /s/ Richard M. Beck<br>Richard M. Beck (No. 3373)<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-5501<br>rbeck@klehr.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2020.

_____