# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRESIDIO, INC., PRESIDIO HOLDINGS INC., AND PRESIDIO NETWORKED SOLUTIONS LLC,<br><br>            Plaintiffs,<br><br>  vs.<br><br>GREGORY SEMLER, CANDACE DAVIS, AND RIGHT! SYSTEMS, INC.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:20-cv-00965-LPS-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER DISMISSING CASE, WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby stipulate and agree that this action shall be dismissed, with prejudice, without an award of costs or attorneys' fees to either party. This Stipulation and Order directly arises out of, and expressly incorporates, the terms of that certain Settlement Agreement executed by and between the parties.

| SMITH, KATZENSTEIN & JENKINS LLP | KLEHR HARRISON HARVEY BRANZBURG LLP |
|---|---|
| /s/ Kelly A. Green | /s/ Craig E. Rushmore |
| Laurence V. Cronin (No. 2385) | Richard M. Beck (No. 3373) |
| Kelly A. Green (No. 4095) | Craig E. Rushmore (No. 6627) |
| 1000 West Street, Suite 1501 | 919 N. Market Street, Suite 1000 |
| Wilmington, DE 19801 | Wilmington, Delaware 19801 |
| (302) 652-8400 | Telephone: (302) 552-5501 |
| LVC@skjlaw.com | rbeck@klehr.com |
| KAG@skjlaw.com | crushmore@klehr.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| DATED:  January 8, 2021 | |

IT IS SO ORDERED this _____ day of _____, 2021.

_____